NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEIKO EPSON CORPORATION,**
*Plaintiff/Counterclaim Defendant-Appellant,*

**and**

**EPSON RESEARCH AND DEVELOPMENT, INC. and EPSON AMERICA, INC.,**
*Counterclaim Defendants,*

**v.**

**CORETRONIC CORPORATION,**
*Defendant/Counterclaimant-Appellee,*

**and**

**OPTOMA TECHNOLOGY, INC.,**
*Defendant-Appellee.*

---

2011-1120

---

Appeal from the United States District Court for the Northern District of California in Case No. 06-CV-6946, Judge Marilyn Hall Patel.

———————————

## JUDGMENT

———————————

EDWARD P. WALKER, Oliff & Berridge, PLC, of Alexandria, Virginia, argued for plaintiff/counterclaim defendant-appellant and counterclaim defendant appellees. With him on the brief were JAMES A. OLIFF, JOHN W. O'MEARA and WILLIAM J. UTERMOHLEN.

STEVEN D. HEMMINGER, Alston and Bird, LLP, of Menlo Park, California, argued for defendant/counterclaimant-appellee and defendant-appellee. With him on the brief were YITAI HU and ELIZABETH H. RADER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and DYK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 11, 2011      /s/ Jan Horbaly
   Date              Jan Horbaly
                        Clerk